1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6        FOR THE EASTERN DISTRICT OF WASHINGTON

7

| | |
|---|---|
| GALINA STEPANOVA, | Civil No. CV-06-0101-CI |
| Plaintiff, | |
| vs. | ORDER |
| JO ANNE B. BARNHART, Commissioner of Social Security, Defendant | |

Based on the stipulation of the parties,

**IT IS ORDERED** that the Commissioner's decision in regard to Plaintiff's application for Supplemental Security Income disability benefits under Title XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence six of 42 U.S.C. § 405(g).  On remand, the administrative law judge (ALJ) will hold a de novo hearing and issue a new decision.

DATED June 8, 2006.

_____S/ CYNTHIA IMBROGNO_____
UNITED STATES MAGISTRATE JUDGE